

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

Gary Hamilton,                              Civil Action No. 8:26-cv-00482-AAQ

      Plaintiff

      v.

PNC Bank, National Association, et al.,

      Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT PNC BANK, N.A.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO DENY WITHOUT PREJUDICE

Plaintiff Gary Hamilton, proceeding pro se, respectfully moves this Court as follows:

## I. BACKGROUND

Defendant filed its Motion to Dismiss on April 6, 2026.

Plaintiff has not been served with the Motion.

## II. GROUNDS FOR STRIKING

Under **Fed. R. Civ. P. 5**, service is mandatory.

Failure to serve:

- renders the filing procedurally defective;
- deprives Plaintiff of the ability to respond;
- undermines fairness of proceedings.

## III. RELIEF REQUESTED

Plaintiff respectfully moves that the Court:

## A. STRIKE the Motion to Dismiss

OR

## B. DENY the Motion WITHOUT PREJUDICE

and require Defendant to:

- properly serve Plaintiff;
- refile or re-notice the Motion.

## IV.          CONCLUSION

Plaintiff respectfully requests relief as stated above.

Respectfully submitted,

Gary Hamilton
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on this 13thday of April, 2026, a copy of the foregoing was served upon:

Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006

Counsel for Defendant PNC Bank, N.A.

Gary Hamilton