**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| GARY HAMILTON,<br><br>    Plaintiff,<br><br>  v.<br><br>PNC BANK, NATIONAL ASSOCIATION<br>AND EARLY WARNING SERVICES, LLC,<br><br>    Defendants. | Case No.: 8:26-cv-00482-AAQ |

**DEFENDANT PNC BANK, N.A.'S RESPONSE TO PLAINTIFF'S MOTION TO
STRIKE OR IN THE ALTERNATIVE DENY WITHOUT PREJUDICE**

Defendant PNC Bank, N.A. ("PNC"), by and through undersigned counsel, hereby submits the following response to the Motion to Strike Defendant's Motion to Dismiss or in the Alternative, to Deny without Prejudice ("Motion to Strike"), ECF No. 32, submitted by plaintiff Gary Hamilton ("Plaintiff") and states as follows:

On or about February 4, 2026, Plaintiff commenced this action by filing a Complaint against PNC. *See* ECF No. 1. Thereafter, Plaintiff filed the instant Amended Complaint against PNC and Defendant Early Warning Services, LLC ("EWS"). *See* ECF No. 9. On April 6, 2026, PNC filed its Motion to Dismiss and memorandum of law in support. *See* ECF No. 25. Per the certificate of service, the Motion to Dismiss was mailed to Plaintiff. *Id*. at 2. On April 7, 2026, the Court mailed Plaintiff a Notice stating that PNC had filed a Motion to Dismiss and that his response was due within twenty-eight (28) days from the date of the letter. *See* ECF No. 27.

On April 15, 2026, Plaintiff filed a Motion for Extension of Time to respond to PNC's Motion to Dismiss. *See* ECF No. 31. Additionally, that same day Plaintiff filed the at-issue Motion to Strike, arguing mainly that Plaintiff was not served with the Motion to Dismiss. While PNC

denies Plaintiff's contentions relating to service, PNC is nonetheless amendable to an extension of time to respond.  Moreover, out of an abundance of caution, PNC is hereby reattaching its Motion to Dismiss to this response, a copy of which, pursuant to the certificate of service, will be mailed to Plaintiff again.

Based on the foregoing, PNC respectfully requests that the Court deny Plaintiff's Motion to Strike and provide any reasonable extension for Plaintiff to respond that the Court deems necessary and proper under the circumstances.

Dated: April 17, 2026

Respectfully submitted,

*/s/ John D. Sadler*
John D. Sadler (Bar No. 16421)
Erik L. Johnson (Bar No. 20993)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
SadlerJ@ballardspahr.com
Johnsonel@ballardspahr.com
*Counsel for Defendant PNC Bank, N.A.*

2

## **CERTIFICATE OF SERVICE**

This is to certify that on this 17th day of April, 2026, I caused a true and correct copy of

DEFENDANT PNC BANK, N.A.'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE as

well as a courtsey copy of the previously filed MOTION TO DISMISS to be delivered via first-

class mail, postage prepaid, upon the following:

Gay Hamilton
12304 Burning Oak Court
Waldorf, MD 20601
*Pro Se Plaintiff*

Dated: April 17, 2026                                    /s/ *John D. Sadler*
                                                        John D. Sadler (Bar No. 16421)

3