# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND GREENBELT DIVISION

HD

Rcv'd by: _____

USDC- GREENBELT
'26 JUN 22 AM10:13

GARY HAMILTON,   Civil Case No. 8:26-cv-00482-DLB

12304

    Plaintiff,

    v.

PNC BANK, NATIONAL ASSOCIATION, et al.,

    Defendants.

## NOTICE OF WITHDRAWAL

Plaintiff Gary Hamilton, appearing pro se, hereby files this Notice of Withdrawal.

In support thereof, Plaintiff states as follows:

1. On June 1, 2026, this Court entered an Order denying Plaintiff's request to seal or file ex parte the April 13 supplemental filing.
2. The Court provided Plaintiff the opportunity to withdraw the filing before it would be unsealed.
3. Plaintiff respectfully elects to withdraw the April 13 supplemental filing referenced in the Court's June 1, 2026 Order.
4. Plaintiff respectfully requests that the filing be stricken from the docket consistent with the Court's June 1, 2026 Order.

WHEREFORE, Plaintiff respectfully requests that this Court acknowledge Plaintiff's withdrawal of the April 13 supplemental filing and direct that it be stricken from the docket.

Respectfully submitted,

_____
Gary Hamilton, Pro Se

12304 Burning oAKC t
wALdar f MD 2r601

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2026, a true and correct copy of the foregoing Notice of Withdrawal was served v8a both the associated email addresses and USPS first class mail, upon counselors legal representatives for Defendant Early Warning Services, LLC as follows:

Ballard Spahr LLP
1909 L Street, NW, 12th Floor
Washington DC 2006
SadlerJ@ballardspahr.com
johnsonel@ballardspahr.com

_____
Gary Hamilton