# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

USDC- GREENBELT
'26 JUN 22 AM10:13
HD

GARY HAMILTON,

Civil Case No. 8:26-cv-00482-DLB    Rcv'd by: _an_____

      Plaintiff,

      v.

EARLY WARNING SERVICES, LLC,

      Defendant.

## PLAINTIFF'S MOTION FOR EXTENSION
## OF TIME TO REPLY TO DEFENDANT'S OPPOSITION

Plaintiff Gary Hamilton, appearing pro se, respectfully moves this Honorable Court for an extension of time to file his Reply to Defendant's Opposition and states as follows:

1. Plaintiff is the Plaintiff in the above-captioned action.
2. Plaintiff, due to illness and lack of manpower to accomplish the opposition timely, requires additional time to prepare and file his Reply Motion to Dismiss among others.
3. Plaintiff respectfully requests an extension of time up to and including July 13, 2026, to file his Reply to Defendant's Opposition.
4. Plaintiff has contacted Defendant's counsel either by telephone , if not available, as a followup via email to all the email addresses in the certificate of service and via USPS first class mail regarding the requested extension.
5. This request is made in good faith and not for purposes of delay, but to permit Plaintiff a fair opportunity to adequately prepare and present his Reply.

WHEREFORE, Plaintiff respectfully requests that this Court grant an extension of time up to and including July 13, 2026, to file his Reply to reply with his Oppositon to Defendant Motion to Dismiss, etc, and grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

_____
Gary Hamilton, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2026, a true and correct copy of the foregoing Notice of Withdrawal was served via both the associated email addresses and USPS first class mail, upon counselors legal representatives for Defendant Early Warning Services, LLC as follows:

Elizabeth M. Briones (MD Bar 30844) Troutman Pepper Locke LLP 401 9th St., N.W., Suite 1000 Washington, DC 20004-2134 Tel: 202-274-2950 Email: elizabeth.briones@troutman.com Counsel for Defendant Early Warning Services, LLC Elizabeth M. Briones, Esq.
Troutman Pepper Locke
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Email: Elizabeth.Briones@troutman.com

Counsel for Defendant Early Warning Services, LLC.

_____
Gary Hamilton

12304 Burning oak ct

waldorf, MD 20601