# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

GARY HAMILTON, Civil Action No. 8:26-cv-00482-DLB

    Plaintiff,

    v.

PNC BANK, NATIONAL ASSOCIATION, et al.,

    Defendants.

# ORDER

Upon consideration of Plaintiff's Motion for Leave to File Proposed Surreply and Motion for Extension of Time, any response thereto, and the entire record, it is this _____ day of _____, 2026,

**ORDERED**, that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Proposed Surreply is accepted for filing and deemed timely filed; and it is further

**ORDERED**, that the Court shall consider Plaintiff's Proposed Surreply in resolving Defendant Early Warning Services, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint; and it is further

**ORDERED**, that such further relief as is just and proper is granted.

_____
United States District Judge