**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0637
MDD_DLBChambers@mdd.uscourts.gov

July 7, 2026

**LETTER ORDER**

RE:     *Hamilton v. PNC Bank, National Association, et al.*
        DLB-26-482

Dear Counsel and Mr. Hamilton:

On May 21, 2026, Early Warning Services, LLC ("EWS") filed a motion to dismiss Gary Hamilton's amended complaint. ECF 49. On June 4, 2026, Hamilton opposed EWS's motion, and on June 8, he updated his opposition. ECF 56 & 57. On June 22, Hamilton asked for an extension of time to file a "Reply to [EWS's] Opposition" or a "Reply to reply with his Opposition to Defendant Motion to Dismiss." ECF 60. Because Hamilton already filed his response to EWS's motion to dismiss, his motion for extension of time is denied as moot.[1]

Hamilton also filed a letter withdrawing his supplemental memorandum in support of his motion for appointment of counsel. ECF 59. In a June 1 Order denying appointment of counsel, the Court had notified Hamilton that, if he did not withdraw the supplemental memorandum, it would be unsealed. ECF 55. In light of Hamilton's notice of withdrawal, the Clerk shall strike the supplemental memorandum, ECF 30, from the docket.

In the June 1 Order, the Court also directed Hamilton, who had noted that he "has received assistance from a Pro Bono Senior Paralegal," ECF 20, at 4; *see* ECF 30, at 2; ECF 47, at 2; to disclose the paralegal's identity. ECF 55. Hamilton has not done so. Local Rule 102.1(a)(2) requires this disclosure upon the Court's inquiry. Hamilton shall disclose the paralegal's identity to the Court by July 21, 2026. The disclosure shall include the paralegal's name, employer, and the nature and extent of the paralegal's assistance in prosecuting this case.

---

[1] On June 23, EWS filed a reply. ECF 62. One week later, Hamilton filed a motion for leave to file a surreply, acknowledging that he already filed an opposition and seeking leave to "address[] only those new issues first raised or materially expanded in Defendant's reply." ECF 63. The motion for leave to file a surreply remains pending. Also pending is PNC Bank, National Association's motion to dismiss, which is fully briefed. ECF 25, 25-1, 43, 52, 54.

The Clerk shall send a copy of this letter order to Hamilton. Although informal, this letter is an Order of the Court and shall be docketed as such.

Sincerely,

Deborah L. Boardman
United States District Judge