

FILED
LOGGED          ENTERED
RECEIVED

JUL 21 2026

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                    DEPUTY

## DECLARATION OF GARY HAMILTON
### (28 U.S.C. § 1746)

I, Gary Hamilton, declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my personal knowledge:

1. I am the Plaintiff in this action and appear pro se. I make this Declaration in response to the Court's Letter Order dated July 7, 2026 (ECF 64).

2. To seek volunteer help with the organization of my papers, I posted handwritten notices on public utility poles—two in Brandywine, Maryland, and one in Waldorf, Maryland—requesting a volunteer legal assistant and providing my contact information.

3. A woman named Brenda Reeds came to my residence and stated that she was responding to my posted notice. She thereafter provided assistance on an intermittent basis, generally every other weekday and not on weekends, for a limited period.

4. Ms. Reeds's assistance was limited to clerical and organizational tasks, such as organizing, sorting, assembling, and labeling documents and papers. She did not perform legal research, did not analyze or select legal authorities, did not draft legal argument, and did not exercise legal judgment concerning this case.

5. I did not hire, retain, or pay Ms. Reeds. She volunteered her time. I gave her only small, occasional amounts of cash to help cover the cost of gasoline. I have no knowledge of any employer for Ms. Reeds in connection with this matter, and I do not believe she has one.

6. I did not ask for, and Ms. Reeds did not give me, her home address, her employment history, or documentation of any professional credentials. I did not confirm whether she has any paralegal training or experience, and I am unable to represent whether she does.

10

7.  No attorney, and no member of the Bar of any State or of this Court, prepared or assisted in preparing any document I have filed in this action. I personally researched, wrote, reviewed, and signed every filing, and I accept personal responsibility for each of them.

8.  The reason I did not collect additional information about Ms. Reeds is that I was devoting my time and attention solely to researching and preparing my opposition to the motion to dismiss in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16th, 2026.

Gary Hamilton
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2026, a true and correct copy of the foregoing Plaintiff's Response and Disclosure Pursuant to the Court's July 7, 2026 Letter Order Local Rule 102.1(a)(2), together with the accompanying Declaration of Gary Hamilton, was USPS Priority Mail to the Clerk's office in Greenbelt Federal Court and served upon counsel via USPS first class mail of record as follows:

Elizabeth M. Briones (MD Bar 30844)
Troutman Pepper Locke LLP
401 9th St., N.W., Suite 1000
Washington, DC 20004-2134
Email: elizabeth.briones@troutman.com
Counsel for Defendant Early Warning Services, LLC

Gary Hamilton
Plaintiff, Pro Se

12