Gary Hamilton
12364 BURNING OAK
WALDORF, MD 20601
TLEPHONE 227-205-8006

_____ FILED        _____ ENTERED
_____ LOGGED    _____ RECEIVED



JUL 21 2026

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____                    DEPUTY

U.S. District Court for the District of
Maryland –
ATTN: CIVIL COURT CLERK
6500 Cherrywood Lane
Greenbelt, MD 20770