

# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL®



## PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

VISIT US AT USPS.COM®
Label 106A, Nov 2018

United States Postal Service®

PRESS FIRMLY TO SEAL

VISIT US AT USPS.COM®
Label 106A, Nov 2018

United States Postal Service®

## PRIORITY MAIL

VISIT US AT USPS.COM®
Label 106A, Nov 2018

United States Postal Service®

PRESS FIRMLY TO SEAL

## TRACKED ∎ INSURED

FILED          ENTERED
LOGGED        RECEIVED

JUL 21 2026

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND        DEPUTY
BY

EP14H November 2025
OD: 10 x 5

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP









VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PS00001000064