**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF                                                    6500 CHERRYWOOD LANE
DEBORAH L. BOARDMAN                                  GREENBELT, MARYLAND 20770
UNITED STATES DISTRICT JUDGE                              (301) 344-0637
                                                          MDD_DLBChambers@mdd.uscourts.gov

July 22, 2026

**LETTER ORDER**

RE:    *Hamilton v. PNC Bank, National Association, et al.*
       DLB-26-482

Dear Counsel and Mr. Hamilton:

On May 21, 2026, Early Warning Services, LLC ("EWS") filed a motion to dismiss Gary Hamilton's amended complaint. ECF 49. On June 4, 2026, Hamilton opposed EWS's motion, and on June 8, he updated his opposition. ECF 56 & 57. On July 7, the Court denied as moot Hamilton's June 22 request for an extension of time to July 13 to file a "Reply to [EWS's] Opposition" or a "Reply to reply with his Opposition to Defendant Motion to Dismiss," ECF 60, because Hamilton already had filed his response to EWS's motion to dismiss. ECF 64. The Court noted that Hamilton's July 1 motion to file a surreply and extension of time in which to file the surreply, ECF 63, remained pending. ECF 64, at 1 n.1.

Hamilton then filed an amended motion for extension of time, seeking an additional two days, to July 15, to file "the applicable reply/opposition materials." ECF 65, at 1. On July 15, Hamilton filed a revised proposed surreply. ECF 66. Insofar as Hamilton still seeks additional time to file an opposition, his request still is moot because he already filed an opposition. *See* ECF 56, 57. Insofar as he requests an extension of time to file a surreply, his motions for extension of time in ECF 63 and 65 are granted, and his motion to file a surreply and revised proposed surreply, ECF 63 and 66, are deemed timely filed.

Hamilton moved to file the surreply because he believes EWS raises new issues in its reply. ECF 63, at 3. EWS has not opposed this motion, and the time for doing so has passed. *See* Loc. R. 105.2(a). The motion is granted, and the revised proposed surreply, ECF 66, is accepted as the surreply. No additional briefing on the pending motions to dismiss is appropriate or necessary at this time. The Court will resolve the pending motions to dismiss, ECF 25 and 49, in due course.

The Clerk shall send a copy of this letter order to Hamilton. Although informal, this letter is an Order of the Court and shall be docketed as such.

Sincerely,

Deborah L. Boardman
United States District Judge