# DECLARATION OF GARY HAMILTON

I, Gary Hamilton, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in this action and submit this Declaration in support of my Renewed Motion for Appointment of Counsel. I have personal knowledge of the facts stated below.

2. My highest level of education is a Bachelor of Science in Industrial Hygiene from the College of Arts and Sciences, University of North Alabama.

3. I have no legal training or education, and I have never studied law or worked in the legal field.

4. I am unable to afford counsel and am proceeding in this case in forma pauperis. My monthly budget, showing my income and financial circumstances ARE restricted , but not to the court.

5. I currently suffer from serious health conditions that limit my ability to litigate, including gastrointestinal (bowel) insufficiency, Stage 3B kidney failure, episodes of forgetfulness, and high blood pressure.

6. I have made numerous efforts to obtain counsel. Most attorneys in and around the county where I live do not practice FCRA law. I have contacted approximately 41 attorneys and law firms, nationally and locally — including Civil Justice, Inc., the Public Justice Project, and Maryland Legal Aid — each of which declined, stating that they do not handle these types of cases. Based on my experience, it appears that for-profit firms and attorneys perceive there is little financial incentive to take this case.

7. The limited assistance I previously received from a non-lawyer in organizing and preparing earlier filings has ended and reached its practical and professional limits. I am now proceeding entirely on my own, without any assistance, as this case moves into dispositive-motion and discovery practice.

8. Without counsel, I do not have the ability to conduct formal discovery, to obtain and analyze the records held by the Defendants, or to examine witnesses, and I am at a substantial disadvantage litigating against Defendants represented by experienced counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 27, 2026.

_____

Gary Hamilton

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July, 2026, a true and correct copy of the foregoing *Plaintiff's Renewed Motion for Appointment of Counsel and Incorporated Memorandum of Law*, including the Declaration of Gary Hamilton, was served on counsel of record by first-class U.S. mail, postage prepaid , addressed as follows:

Counsel for Defendant PNC Bank, National Association
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006

Counsel for Defendant Early Warning Services, LLC
Elizabeth M. Briones (MD Bar 30844)
Troutman Pepper Locke LLP
401 9th St., N.W., Suite 1000
Washington, DC 20004-2134
Tel: 202-274-2950 • Email: elizabeth.briones@troutman.com

_____

Gary Hamilton, Plaintiff Pro Se